# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 1871 07-md-01871 |
| THIS DOCUMENT RELATES TO: | : : | |
| DONALD R. KNIGHT *On behalf of himself and all others similarly situated;* | : : : | 2:07-cv-4960-CMR |
| Plaintiff, | : : | |
| v. | : : | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE | : : : | |
| Defendant. | : : | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of M. Andrew Snowden on behalf of the defendant GlaxoSmithKline LLC, formerly known as SmithKline Beecham Corporation, in the above-captioned matter.

Respectfully submitted,

/s/ *M. Andrew Snowden*
M. Andrew Snowden (Atty. No. 200881)
PEPPER HAMILTON LLP
15th Floor, Oliver Street Tower
125 High Street
Boston, MA  02110
(617) 204-5162
Email: snowdenm@pepperlaw.com

Date: June 18, 2010

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2010, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing and transmission of a Notice of Electronic filing to the following ECF registrant:

>Stephen A. Swedlow
>Swedlow & Associates
>205 N. Michigan Ave.
>Suite 1940
>Chicago, IL 60601

>/s/ *M. Andrew Snowden*
>M. Andrew Snowden